Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile: (415) 433-6282
Email: jtabacco@bermandevalerio.com
        nlavallee@bermandevalerio.com
        kmoody@bermandevalerio.com
        cpoppler@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email:  jnorton@nfllp.com

*Lead Counsel and Attorneys for Lead Plaintiff David Fee*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION** <br><br> Lead Case No. 12-cv-04007-JSC <br><br> Consolidated with Case Nos. <br> 12-CV-4048-JSC; 12-CV-4059-JSC; <br> 12-CV-4064-JSC; 12-CV-4066-JSC; <br> 12-CV-4133-JSC; 12-CV-4250-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE CONCERNING PRELIMINARY AND FINAL APPROVAL OF SETTLEMENT** <br><br> Courtroom: F, 15th Floor, San Francisco <br> Judge:  Honorable Magistrate Judge Jacqueline Scott Corley |

Lead Plaintiff David Fee ("Lead Plaintiff") and Defendants Zynga Inc. ("Zynga" or the "Company"), Mark Pincus, David M. Wehner and John Schappert (collectively "Defendants"), by and through their undersigned attorneys, submit this Stipulation modifying the schedule concerning preliminary and final approval of the settlement previously entered by the Court on August 20, 2015.

It has taken Defendants' counsel longer than anticipated to prepare a Stipulation of Settlement and obtain necessary approvals of the Stipulation of Settlement from all relevant parties. The parties have met and conferred in good faith to modify the hearing schedule and have agreed to extend all deadlines by two weeks.

On August 20, 2015, the Court entered the parties' Stipulation and Proposed Order providing for a hearing on shortened time and approving a schedule that called for the Motion for Preliminary Approval to be filed on September 11, 2015. Since that time, there have been no time modifications related to settlement in this matter. This stipulation is not made for any improper purpose.

Accordingly, in connection with preliminary and ultimately final approval of the Settlement, the parties propose the following revised schedule:

| ACTION | DEADLINE |
|---|---|
| Motion for Preliminary Approval | September 25, 2015 |
| Defendant to Provide Notices and Materials as Required by CAFA, 28 U.S.C. § 1715 (b) | No later than October 5, 2015 |
| Preliminary Approval Hearing | October 1, 2015, at 9:00 a.m. |
| Deadline for Mailing and Publication of Notice | 7 calendar days after the Court's entry of the Preliminary Approval Order |
| Motion for Final Approval of Attorneys' Fees and Reimbursement of Litigation Expenses | 30 days before the deadline for objecting to the settlement |
| Filing Deadline for Objections | 70 days after mailing and publication of notice |

| ACTION | DEADLINE |
|---|---|
| Deadline for Class Member Opt-Outs | 70 days after mailing and publication of notice |
| Party Responses to Objections | 10 calendar days before the Settlement Fairness Hearing |
| Proof of Notice Compliance | 10 calendar days before the Settlement Fairness Hearing |
| Final Approval Hearing | Final approval 90 days after mailing of CAFA notices and materials.  *See* 28 U.S.C. §1715 (b), (d) |

Dated:  September 10, 2015            **BERMAN DeVALERIO**

                                          By:    */s/ Nicole Lavallee*
                                                   Nicole Lavallee

Joseph J. Tabacco, Jr.
Kristin J. Moody
A. Chowning Poppler
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
         nlavallee@bermandevalerio.com
         kmoody@bermandevalerio.com
         cpoppler@bermandevalerio.com

Jeffrey M. Norton
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email: jnorton@nfllp.com

*Lead Counsel and Attorneys for*
*Lead Plaintiff David Fee*

|  |  |
|---|---|
| 1 | **MORRISON & FOERSTER LLP** |
| 2 | By:   */s/ Anna Erickson White* |
| 3 |           Anna Erickson White |
| 4 | Jordan Eth |
| 5 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 6 | Telephone: 415.268.7000 |
|   | Facsimile: 415.268.7522 |
| 7 | Email: JEth@mofo.com |
|   |            AWhite@mofo.com |

*Attorneys for Defendants*
*Zynga Inc., Mark Pincus, David M. Wehner, and John Schappert*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED that the following deadlines are hereby GRANTED:**

| ACTION | DEADLINE |
| --- | --- |
| Motion for Preliminary Approval | September 25, 2015 |
| Defendant to Provide Notices and Materials as Required by CAFA, 28 U.S.C. § 1715 (b) | No later than October 5, 2015 |
| Preliminary Approval Hearing | October 1, 2015, at 9:00 a.m. |
| Deadline for Mailing and Publication of Notice | 7 calendar days after the Court's entry of the Preliminary Approval Order |
| Motion for Final Approval of Attorneys' Fees and Reimbursement of Litigation Expenses | 30 days before the deadline for objecting to the settlement |
| Filing Deadline for Objections | 70 days after mailing and publication of notice |
| Deadline for Class Member Opt-Outs | 70 days after mailing and publication of notice |
| Party Responses to Objections | 10 calendar days before the Settlement Fairness Hearing |
| Proof of Notice Compliance | 10 calendar days before the Settlement Fairness Hearing |
| Final Approval Hearing | Final approval 90 days after mailing of CAFA notices and materials. *See* 28 U.S.C. §1715 (b), (d) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 11, 2015          _____
                                   HON. JACQUELINE SCOTT CORLEY
                                   UNITED STATES MAGISTRATE JUDGE